IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| VERNON K. SMITH, ) | |
| ) | |
| Plaintiff, ) | Case No. CIV 06-317-S-EJL |
| vs. ) | |
| ) | JUDGMENT |
| GARDEN CITY, IDAHO, a political ) | |
| subdivision of the State of Idaho; JIM ) | |
| BENSLEY, individually and in his capacity as ) | |
| Chief of Police of Garden City, Idaho; ) | |
| ANGELA LYTHGOE, individually and in her ) | |
| capacity as a Garden City Police Officer; ) | |
| AND JOHN and JANE DOES, I through X ) | |
| inclusive, individually and in their capacities ) | |
| as officials, employees and/or agents of ) | |
| Garden City, Idaho, and acting outside their ) | |
| constitutional authority, ) | |
| ) | |
| Defendants. ) | |
| ) | |

     Before the Court is Defendants' Motion for Entry of Judgment. (Dkt. No. 38). On August 1, 2007, an Order was entered granting attorneys' fees in the amount of $221.50 to Defendants for time spent preparing and filing a motion to compel discovery and on May 14, 2008, an Order was entered granting attorneys' fees in the amount of $5,063.00 to Defendants pursuant to 42 U.S.C. § 1988.

     THEREFORE IT IS HEREBY ORDERED that the Motion (Dkt. No. 38) is **GRANTED** and JUDGMENT is entered in favor of Defendants for the amount of $5,284.50.

DATED: **July 24, 2009**

_Edward J. Lodge (signature)_
Honorable Edward J. Lodge
U. S. District Judge